USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

CARPEAH NYENEKOR,             :

        Plaintiff,     :

    - against -             :

CARL E. DUBOIS et al.,

        Defendants.    :
                              :
- - - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 5657 (DC)

**CHIN, D.J.**

        Plaintiff has submitted numerous letters requesting certain relief, including that the Court order certain defendants to return his legal documents. The request is denied because the defendants have never been served and thus the Court does not have jurisdiction over them.

        Plaintiff commenced this action on June 13, 2007 by filing a complaint. More than 120 days have elapsed since then and plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice unless plaintiff, within sixty days from the date of this order, that is, on or before April 4, 2008, either (1) files proof of service with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted. See Fed. R. Civ. P. 4(m).

        The Clerk of the Court is directed to issue an amended

summons and provide a copy of this order to the Pro Se Office.

The Pro Se Office shall send plaintiff its "mailing package."

SO ORDERED.

Dated:   New York, New York
         February 4, 2008

                              _____
                              DENNY CHIN
                              United States District Judge