```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
CARPEAH NYENEKOR,                     :
              Plaintiff,              :
       - against -                    :      ORDER
CARL E. DUBOIS et al.                 :      07 Civ. 5657 (DC)
              Defendants.             :
- - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

**CHIN, District Judge**

      Plaintiff has submitted a letter dated April 5, 2008, requesting that the Court order defendants to allow him certain access to the prison law library and legal documents pertaining to this matter. It does not appear that plaintiff has served a copy of this request on defendants. The Court shall forward a copy to defense counsel, who shall look into the matter and take steps to ensure that plaintiff has reasonable access to the library.

      SO ORDERED.

Dated:   New York, New York
          May 7, 2008

                                 DENNY CHIN
                                 United States District Judge