DOC #_15_



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Carpeah R. Nyenekor, Sr.,
            Plaintiff

- against -                                                     NOTICE OF MOTION FOR
                                                        PRELIMINARY INJUNCTION

Carl E. Dubois, et al.,
            Defendants                         Index No. 07CIV 5657 (DC)
_____X

SIRS:

    PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of Carpeah R, Nyenekor, Sr., sworn to or affirmed on this 15th day of July, 2008, and upon the complaint herein, plaintiff will move this court, and request the Honorable, Judge, Denny Chin, United States District Judge of the United States Courthouse for the Southern District Of New York, New York, 10007, on the 18th day of July, 2008, at 2:15 p.m. or as soon thereafter as plaintiff can be heard, for an order pursuant to Rule 65 of the Federal Rule of Civil Procedure enjoining defendants Carl E. Dubois, et al., from denying plaintiff to correspond with this court by using the prison law library, and to make photo copy needed to file all his motions, amend his pleading, and to make service on the defense counsel without been denied to do so.

Dated: July 18, 2008

DENIED,
SO ORDERED

                                                       Carpeah R. Nyenekor, Sr.,
                                                       Plaintiff's pro se.

Mr. Hyun Chin Kim
Counsel for the Defendants
County Attorney, Orange County
255 Main Street
Goshen, New York 10924

8/8/08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08