```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

CARPEAH NYENEKOR,                   :

                Plaintiff,          :

        - against -                 :       ORDER

CARL E. DUBOIS et al.,              :       07 Civ. 5657 (DC)

                Defendants.         :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

**CHIN, District Judge**

      Defendants moved on or about April 2, 2008 to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Plaintiff has yet to oppose the motion. Plaintiff shall serve and file his opposition by September 19, 2008. If he fails to do so, the Court will grant the motion on default or decide it without the benefit of plaintiff's input.

      SO ORDERED.

Dated:  New York, New York
        August 29, 2008

                                DENNY CHIN
                              United States District Judge